# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Kevin A. Avery and Denise M. Avery, | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| John E. Ward, Special Administrator of the Estate of Andrzej Furmanski, Deceased, | ) ) | |
| | ) | Case No. 1:16-cv-055 |
| Defendant. | ) | |

Before the court is a motion for attorney Dennis P. Wilkinson to appear *pro hac vice* on plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Dennis P. Wilkinson has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 24) is **GRANTED**. Attorney Dennis P. Wilkinson is admitted to practice before this court in the above-entitled action on behalf of plaintiffs.

**IT IS SO ORDERED.**

Dated this 12th day of February, 2018.

>          */s/ Charles S. Miller, Jr.*
>          Charles S. Miller, Jr.
>          United States Magistrate Judge